

**ORDERED in the Southern District of Florida on April 20, 2018.**

*Laurel M. Isicoff*
Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

MIAMI BEVERLY, LLC                          CASE NO. 18-14506-BKC-LMI
                                            Chapter 11
         Debtor                             Lead Case
_____/

1336 NW 60, LLC                             CASE NO. 18-14509-BKC-LMI
                                            Chapter 11
         Debtor
_____/

THE HOLDINGS AT CITY, LLC                   CASE NO. 18-14512-BKC-LMI
                                            Chapter 11
         Debtor
_____/

13300 ALEXANDRIA DR. HOLDINGS, LLC          CASE NO. 18-14511-BKC-LMI
                                            Chapter 11
         Debtor
_____/

REVEREND, LLC                               CASE NO. 18-14510-BKC-RAM
                                            Chapter 11
         Debtor
_____/

**ORDER GRANTING DEBTORS' MOTION FOR JOINT ADMINISTRATION OF CASES UNDER LEAD CASE NO. 18-14506, IN RE MIAMI BEVERLY, LLC**

THIS CAUSE came before the Court upon the Debtors' Ex Parte Motion for Joint Administration (the "Administration Motion") [ECF #3 in Case No. 18-14506, ECF #3 in Case No. 18-14509, ECF # 3 in Case No. 18-14512, ECF #3 in Case No. 18-14511, ECF #4 in Case No. 18-14510], identical copies of the Joint Administration Motions were filed separately by (i) Miami Beverly, LLC, (ii) 1336 NW 60, LLC, (iii) The Holdings at City, LLC, (iv) 13300 Alexandria Dr. Holdings, LLC, and (v) Reverend, LLC (collectively the "Debtors"), and the Court having reviewed the Motions and otherwise being fully advised on the matter, it is-

ORDERED as follows:

1. The Debtors' Ex Parte Motion for Joint Administration is granted.

2. The above-captioned cases shall be jointly administered. The case of In re Miami Beverly, LLC, Case No. 18-14506-BKC-LMI, is designated as the "lead case."

4. A single case docket and court file will be maintained hereafter under the "lead case" number.

5. Pleadings filed in cases other than the lead case shall be captioned under the lead case name and case number followed by the words "(Jointly Administered)" and beneath that caption, the case names and numbers for the cases in which the document is being filed. Claims filed shall indicate only the case name and number of the case in which the claim is being asserted. Sperate claims registers shall be maintained for each case. Ballots shall be styled and filed only in the case name and number of the member case for which the plan being voted was filed.

6. The debtor-in-possession will not comingle assets or liabilities unless and until it is determined, after notice and a hearing, that these cases involve the same debtor or that another ground exists to order substantive consolidation of these cases.

7. The Clerk is directed to docket this Order in all four of the above-captioned cases.

###

**Submitted by:**

Ido J. Alexander, Esq.
Leiderman Shelomith Alexander
+ Somodevilla, PLLC
2699 Stirling Road, Suite C401
Ft. Lauderdale, FL 33312
Telephone (954) 920-5355
Facsimile (954) 920-5371
ija@lsaslaw.com

**Copies to:**

Ido J. Alexander, Esq.

Attorney Alexander is directed to serve copies of this order on all interested parties and to file a certificate of service