# United States Bankruptcy Court
## Southern District of Florida

In re  __Miami Beverly, LLC__                                              Case No.  __18-14506__
                                   Debtor(s)                               Chapter   __11__

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Miami Beverly, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__April 25, 2018__                             /s/ Ido J. Alexander
Date                                           **Ido J. Alexander 51892**
                                               Signature of Attorney or Litigant
                                               Counsel for    __Miami Beverly, LLC__
                                               **Leiderman Shelomith Alexander + Somodevilla, PLLC**
                                               **2699 Stirling Rd # C401**
                                               **Fort Lauderdale, FL 33312**
                                               **954-920-5355 Fax:3055039447**
                                               **ija@lsaslaw.com**