UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:

MIAMI BEVERLY, LLC

CASE NO. 18-14506-BKC-LMI
Chapter 11 (Lead Case)

Jointly Administered

1336 NW 60, LLC
REVEREND, LLC
13300 ALEXANDRIA DR. HOLDINGS, LLC
THE HOLDINGS AT CITY, LLC

CASE NO. 18-14509-BKC-LMI
CASE NO. 18-14510-BKC-LMI
CASE NO. 18-14511-BKC-LMI
CASE NO. 18-14512-BKC-LMI

      Debtors
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Order Scheduling Initial Chapter 11 Status Conference* [ECF #7] was served on April 23, 2018 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference) and via U.S. Mail to the parties on the attached Service List.

Dated: April 25, 2018

LEIDERMAN SHELOMITH ALEXANDER
+ SOMODEVILLA, PLLC
Proposed Bankruptcy Counsel for the Debtor-in-Possession
2699 Stirling Road, Suite C401
Ft. Lauderdale, Florida 33312
Telephone: (954) 920-5355
Facsimile: (954) 920-5371

By:_____/s/_____
    IDO J. ALEXANDER, ESQ.
    Florida Bar No. 51892
    ija@lsaslaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 18-14506-LMI<br>Southern District of Florida<br>Miami<br>Wed Apr 25 14:42:50 EDT 2018 | Miami Beverly, LLC<br>99 Roberts Rd<br>Englewood Cliffs, NJ 07632-2318 | Brett Lieberman<br>401 E. Las Olas Blvd<br>#1400<br>Fort Lauderdale, FL 33301-2218 |
| City of Miami<br>444 SW 2 Ave<br>10 Floor<br>Miami, FL 33130 | Gadi Shushan<br>c/o Eric Irons, Esq.<br>14 NE 1 Avenue<br>Miami, FL 33132-2431 | Gaynisha Williams, Nathanael Mars,<br>Shannin Daniels, Lakeisha Chatfield and<br>Lakeisha Chatfield on behalf of minor,TC |
| Linda Leali, Esq.<br>777 Brickell Ave # 500<br>Miami, FL 33131-2803 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Rachel S. Glorioso Dooley<br>444 SW 2 Ave<br>#945<br>Miami, FL 33130-1910 |
| Rebecca Parsons Schram, Esq.<br>Legal Services of Greater Miami, Inc.<br>4343 W. Flagler Street<br>#100<br>Miami, FL 33134-1585 | Ido J Alexander Esq<br>Leiderman Shelomith Alexander et al.<br>2699 Stirling Rd.<br>C-401<br>Fort Laudedale, FL 33312-6598 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami

End of Label Matrix
Mailable recipients    10
Bypassed recipients     1
Total                  11