UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:

MIAMI BEVERLY, LLC

CASE NO. 18-14506-BKC-LMI
Chapter 11 (Lead Case)

Jointly Administered

1336 NW 60, LLC
REVEREND, LLC
13300 ALEXANDRIA DR. HOLDINGS, LLC
THE HOLDINGS AT CITY, LLC

CASE NO. 18-14509-BKC-LMI
CASE NO. 18-14510-BKC-LMI
CASE NO. 18-14511-BKC-LMI
CASE NO. 18-14512-BKC-LMI

Debtors
_____/

## NOTICE OF FILING OF RESOLUTION OF BOARD OF MANAGERS OF MIAMI BEVERLY, LLC REGARDING AUTHORITY TO FILE BANKRUPTCY

Debtor-in-Possession, Miami Beverly, LLC (the "Debtor"), provides notice of the filing of its Resolution of Board of Managers of Miami Beverly, LLC, regarding its authority to file bankruptcy.

Dated: April 30, 2018

LEIDERMAN SHELOMITH ALEXANDER + SOMODEVILLA, PLLC
Proposed Attorneys for the Debtor
2699 Stirling Road, Suite C401
Ft. Lauderdale, Florida 33312
Telephone: (954) 920-5355
Facsimile: (954) 920-5371

By:_____/s/_____
      IDO J. ALEXANDER, ESQ.
      Florida Bar No. 51892
      ija@lsaslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on April 30, 2018 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference).

By:_____/s/_____
      IDO J. ALEXANDER, ESQ.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

IN RE:

MIAMI BEVERLY, LLC

CASE NO. 18-14506

Chapter 11

Debtor
_____/

## RESOLUTION OF BOARD OF MANAGERS OF
## MIAMI BEVERLY, LLC

We, the Board of Managers (the "Board") of MIAMI BEVERLY, LLC (the "Company"), a limited liability company under the laws of the State of Florida, do hereby certify that a special meeting of the Board of the Company duly called on the 11th day of April, 2018, at which a quorum was present and acting throughout, the following resolutions, none of which have been rescinded or amended or duly moved, were seconded and adopted, and all of which are in full force and effect.

1. **RESOLVED:** That, in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, shareholders and other interested parties, that the Company file for voluntary relief under Title 11 of the United States Bankruptcy Code (the "Bankruptcy"); and it is further

2. **RESOLVED:** That, Denise Vaknin is hereby designated as the responsible party to act on behalf of the Company, and Denise Vaknin shall be authorized to execute and file all petitions, schedules, lists and other papers to take any and all action which she deems necessary or proper in connection with the Bankruptcy; and it is further

3. **RESOLVED:** That the Company is authorized to employ the law firm of Leiderman Shelomith Alexander + Somodevilla, PLLC ("LSAS") as its attorneys in connection with the Bankruptcy under such terms and conditions as it, in its sole discretion, deems appropriate until further direction of the Board; provided, however, that the Company is authorized to pay LSAS a fee retainer for payment of attorneys' fees and reimbursement of expenses in connection with services to be rendered in the Bankruptcy; and it is further

4. **RESOLVED:** That the Company, subject to authorization of the Court, is authorized to employ such other professional persons in the Bankruptcy, under such terms and conditions at the Company, in its discretion, deems appropriate until further direction of the Board with payment being subject to award by the Court.

I, Denise Vaknin, declare under penalty of perjury that I am the Managing Member of MIAMI BEVERLY, LLC, and that the above is a true and correct copy of the resolution adopted by the Board of Managers of said limited liability company at a special meeting duly called and held on April 11, 2018.

Dated: April 11, 2018

_Denise Vaknin_
Denise Vaknin, Managing Member
MIAMI BEVERLY, LLC

_Daniel Rubenstein_
Daniel Rubenstein, Managing Member
MIAMI BEVERLY, LLC