# United States Bankruptcy Court
## Southern District of Florida

In re  **Miami Beverly, LLC**  
Debtor(s)

Case No. **18-14506**  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Daniel Rubenstein**<br>**99 Roberts Road**<br>**Englewood Cliffs, NJ 07632** | membership interest | 50.0% membership interest | membership interest |
| **Denise Vaknin**<br>**99 Roberts Road**<br>**Englewood Cliffs, NJ 07632** | membership interest | 50.0% membership interest | membership interest |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **May 1, 2018**

Signature **/s/ Denise Vaknin**  
**Denise Vaknin**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.