# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida

In Re:   Miami Beverly, LLC
           *Debtor(s)*
-------------------------------------------------------------------/

Chapter 11
Case No. 18-14506-LMI

## MIAMI-DADE COUNTY TAX COLLECTOR'S NOTICE TO DEBTOR OF ADDITIONAL CREDITORS

MARCUS SAIZ DE LA MORA, as Tax Collector of MIAMI-DADE COUNTY, Florida, hereby gives notice that the following certificate holder(s) purchased at auction, the pre-petition, secured, real property tax liens of the MIAMI-DADE COUNTY Tax Collector, pursuant to Chapter 197, Florida Statutes.

Date: 05/16/2018

| Certificate Holder | Bidder Address | Parcel Number | Tax Year | Cert. No. | Certificate Amount | Int. Bid |
|---|---|---|---|---|---|---|
| TFLTC LLC 38589 | 4747 EXECUTIVE DR 510, SAN DIEGO, CA   92121 | 01-3114-043-0290 | 2015 | 866 | $2,322.56 | 0.25% |
| CAZ CREEK FLORIDA II LLC, MTAG AS CUSTODIAN FOR CAZ CREEK FLORIDA II, LLC 711297 | PO BOX 54900, NEW ORLEANS, LA 70154 | 01-3114-043-0291 | 2015, 2017 | 180283 | $13,995.82 | 18% |
| BLACK CUB LLC, SB MUNI CUST FOR BLACK CLUB LLC 711247 | PO BOX 37756, BALTIMORE, MD 21297-3756 | 01-3114-043-0540 | 2015, 2017 | 181717 | $7,466.55 | 18% |
| MIKON FINANCIAL SERVICES INC AND OCEAN BANK 128 | 780 NW 42 AVE 300, MIAMI, FL 33126 | 01-3114-043-0800 | 2015, 2017 | 181633 | $1,922.74 | 18% |
| CAZ CREEK FLORIDA II LLC, MTAG AS CUSTODIAN FOR CAZ CREEK FLORIDA II, LLC 711297 | PO BOX 54900, NEW ORLEANS, LA 70154 | 01-3115-005-1240 | 2015, 2017 | 180284 | $5,289.40 | 18% |
| CONSOLIDATED TELEPHONE CO 27 | ATTN SILVO SANTANA 780 NW 42 AVE FL-3, MIAMI, FL 331265597 | 01-3125-048-1050 | 2015, 2017 | 181970 | $11,085.35 | 18% |
| CAZ CREEK FLORIDA II LLC, MTAG AS CUSTODIAN FOR CAZ | PO BOX 54900, NEW ORLEANS, LA 70154 | 01-3125-048-1060 | 2015, 2017 | 180293 | $21,471.21 | 18% |

| CREEK FLORIDA II, LLC 711297 | | | | | | |
|---|---|---|---|---|---|---|

The certificate amount reflects the certificate amount due as of the date on this form. The claim of the MIAMI-DADE COUNTY Tax Collector, if any, is specifically set forth on a separate Proof of Claim and <u>does not include</u> the amounts due the certificate holder(s) identified herein. **\*\*The tax certificate shall be redeemed at the interest rate due or the five percent (5%) mandatory charge, whichever is greater, F.S. 197.472 (2).** The Tax Collector does not represent the Certificate Holders in this matter, nor does the notice to the Tax Collector constitute notice to the Certificate Holders. The addresses of the certificate holders are set forth in the Certificate of Service.

## ***CERTIFICATE OF SERVICE***

I hereby certify that a true and correct copy of the foregoing has been provided either by electronic transmission or by U.S. first class mail postage prepaid to:

The Certificate Holder(s) listed above
The United States Bankruptcy Court, Southern District of Florida, 301 N. Miami Avenue, Room 150, Miami, FL   33128
Attorney for the Debtor: Ido J. Alexander, ija@lsaslaw.com
Trustee: Office of the US Trustee - Miami, 51 S.W. 1st Avenue, Suite 1204, Miami, FL   33130,

> Marcus Saiz de la Mora, Tax Collector
> MIAMI-DADE COUNTY, FL
>
> By: _____/S/_____
> ALEXIS GONZALEZ
> Paralegal Collection Specialist
> Paralegal Unit
> 200 NW 2nd Avenue
> Miami, FL 33128
> 305-375-5707  Fax (305) 375-4601
> Email: alexisg@miamidade.gov
> Email: MDTCBKC@miamidade.gov