UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| IN RE: | CASE NO. 18-14506-BKC-LMI |
| | Chapter 11 (Lead Case) |
| Miami Beverly, LLC, | |
| | Jointly Administered |
| 1336 NW 60, LLC | Case No. 18-14509-BKC-LMI |
| Reverend, LLC | Case No. 18-14510-BKC-LMI |
| 13300 Alexandria Dr. Holdings, LLC | Case No. 18-14511-BKC-LMI |
| The Holdings at City, LLC | Case No. 18-14512-BKC-LMI |
| Debtor. | |
| _____/ | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the *Notice of Hearing* (ECF No. 39) pertaining to the *Motion Pursuant to 11 U.S.C. § 543(d)(1) to Excuse Receiver from Compliance with Turnover Requirement and to Establish Powers and Duties of Receiver Nunc Pro Tunc to Petition Date* was served on May 15, 2018 by transmission of Notice of Electronic Filing generated by CM/ECF to those parties marked with an asterisk and by U.S. Mail on May 16, 2018 to all other interested parties on the attached service list.

Respectfully submitted this 17th day of May, 2018.

                                          Messana, P.A.
                                          *Counsel for Linda Leali, Receiver*
                                          401 East Las Olas Boulevard, Suite 1400
                                          Fort Lauderdale, Florida 33301
                                          Telephone:  (954) 712-7400
                                          Facsimile:   (954) 712-7401
                                          Email:  tmessana@messana-law.com

                                          /s/ Thomas M. Messana
                                          Thomas M. Messana
                                          Florida Bar No. 0991422
                                          Chris Broussard
                                          Florida Bar No. 0095894

| | |
|---|---|
| All Quality Electrical Services, Inc.<br>14750 South River Drive<br>Miami, FL  33167-1039 | City of Miami<br>Office of the City Attorney<br>c/o Rachel S. Glorioso Dooley, Esq.<br>444 Southwest 2nd Avenue, Suite 945<br>Miami, FL  33130-1920 |
| City of Miami*<br>c/o Barnaby L. Min, Esq.<br>444 Southwest 2nd Avenue, Suite 945<br>Miami, FL  33160 | Gadi Sushan<br>c/o Eric Irons, Esq.<br>14 Northeast 1st Avenue<br>Miami, FL  33132-2431 |
| Miami Beverly, LLC*<br>1336 NW 60, LLC<br>Reverend, LLC<br>13300 Alexandria Dr. Holdings, LLC<br>The Holdings at City, LLC<br>c/o Ido J. Alexander, Esq.<br>Leiderman Shelomith Alexander<br>2699 Stirling Road, C-401<br>Fort Lauderdale, FL  33312-6598 | Miami-Dade County Property Tax Collector<br>200 Northwest 2nd Avenue<br>Miami, FL  33128-1733 |
| Miami-Dade Water and Sewer Department<br>PO Box 330316<br>Miami, FL  33233-0316 | Moving Lives of Kids Art Center<br>MLK Mural<br>PO Box 8772<br>Pittsburgh, PA  15221-0772 |
| Office of the U.S. Trustee*<br>51 Southwest 1st Avenue<br>Suite 1204<br>Miami, FL  33130-1614 | Rebecca Parsons Schram, Esq.<br>Legal Services of Greater Miami, Inc.<br>4343 West Flagler Street<br>Suite 100<br>Miami, FL  33134-1585 |