

**ORDERED in the Southern District of Florida on May 21, 2018.**

_____
Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | |
| | CASE NO. 18-14506-BKC-LMI |
| MIAMI BEVERLY, LLC | Chapter 11 (Lead Case) |
| | |
| | Jointly Administered |
| | |
| 1336 NW 60, LLC | CASE NO. 18-14509-BKC-LMI |
| REVEREND, LLC | CASE NO. 18-14510-BKC-LMI |
| 13300 ALEXANDRIA DR. HOLDINGS, LLC | CASE NO. 18-14511-BKC-LMI |
| THE HOLDINGS AT CITY, LLC | CASE NO. 18-14512-BKC-LMI |
| Debtors | |
| _____/ | |

**ORDER GRANTING DEBTOR-IN-POSSESSION'S APPLICATION
FOR EMPLOYMENT OF IDO J. ALEXANDER OF LEIDERMAN SHELOMITH
ALEXANDER + SOMODEVILLA, PLLC AS GENERAL BANKRUPTCY COUNSEL
TO THE DEBTOR _NUNC PRO TUNC_ FROM APRIL 17, 2018**

THIS MATTER having come before the Court on May 16, 2018 at 11:00 a.m. upon

_Debtor-in-Possession, Miami Beverly, LLC's Application for Employment of Ido J. Alexander,_

_Esq., and Leiderman Shelomith Alexander + Somodevilla, PLLC as Bankruptcy Counsel to_

*the Debtor, Nunc Pro Tunc to April 17, 2018* [ECF #17]. The Court having reviewed the Motion, having heard the argument of counsel, noting that all parties received proper service, and for the reasons stated on the record, finds good cause to grant the Motion. Accordingly, it is

    **ORDERED as follows:**

    1.    The Motion is **GRANTED**.

    2.    The Debtor is authorized to employ Ido J. Alexander, Esq. of the law firm of Leiderman Shelomith Alexander + Somodevilla, PLLC (LSAS) as counsels to the Debtor, on a general retainer basis, pursuant to 11 U.S.C. §§ 327, *nunc pro tunc* to April 17, 2018.

###

Submitted by:

Ido J. Alexander, Esq.
Leiderman Shelomith Alexander + Somodevilla, PLLC
*Counsel to Debtor-In-Possession*
2699 Stirling Rd # C401
Ft. Lauderdale, FL 33312
Telephone (954) 920-5355
Facsimile (954) 920-5371
E: ija@lsaslaw.com

(Attorney ALEXANDER shall serve a copy of this Order
upon all interested parties and file a Certificate of Service)