**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

IN RE:                                                    CASE NO. 18-14506-BKC-LMI
                                                          Chapter 11 (Lead Case)
Miami Beverly, LLC,

                                                          Jointly Administered
1336 NW 60, LLC                                           Case No. 18-14509-BKC-LMI
Reverend, LLC                                             Case No. 18-14510-BKC-LMI
13300 Alexandria Dr. Holdings, LLC                        Case No. 18-14511-BKC-LMI
The Holdings at City, LLC                                 Case No. 18-14512-BKC-LMI

          Debtor.
_____/

## NOTICE OF FILING RECEIVER'S BOND

Linda Leali, the Court-Appointed Custodian, by and through undersigned counsel, hereby

gives notice of filing the attached Receiver's Bond.

Respectfully submitted this 13th day of July, 2018.

                              Messana, P.A.
                              *Counsel for Linda Leali, Custodian*
                              401 East Las Olas Boulevard, Suite 1400
                              Fort Lauderdale, Florida 33301
                              Telephone:  (954) 712-7400
                              Facsimile:   (954) 712-7401
                              Email:  tmessana@messana-law.com

                              /s/ Thomas M. Messana
                              Thomas M. Messana
                              Florida Bar No. 0991422
                              Chris Broussard
                              Florida Bar No. 0095894

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION
CASE NO.  14-27781 CA 01 (23)

**CITY OF MIAMI,**
     Plaintiff,

v.

**BOND NUMBER: 2274451**

**MIAMI BEVERLY LLC; 1336 NW 60 LLC;
REVEREND LLC; 13300 ALEXANDRIA
DRIVE HOLDINGS, LLC; THE HOLDINGS
AT CITY LLC; THE HOLDINGS AT CITY
II LLC.**
     Defendants.

_____/

### RECEIVER'S BOND

We, LINDA LEALI, in her capacity as Receiver, as principal, and NORTH AMERICAN SPECIALTY INSURANCE COMPANY, as surety, are held and firmly bound to the Governor of Florida, for the use and benefit of all persons interested, in the sum of ONE HUNDRED THOUSAND DOLLARS AND NO/100 ($100,000.00), for payment of which we bind ourselves, our heirs, personal representatives, successors, and assigns, jointly and severally.

THE CONDITION OF THIS BOND is that if LINDA LEALI, in her capacity as Receiver, as principal, faithfully performs her duties as Receiver in the above-styled cause according to law, then this bond will be void; otherwise it will remain in full force and effect.

HOWEVER, in no event shall the Surety's liability exceed the penal sum of this bond.

SIGNED and sealed this 6th day of July, 2018.

PRINCIPAL:

_____
Linda Leali, Receiver

SURETY:
North American Specialty Insurance Company

_____
John W. Charlton, Attorney-In-Fact

Approved this _____ day of _____, 20___.

Clerk of Court

By: _____

**NAS SURETY GROUP**

NORTH AMERICAN SPECIALTY INSURANCE COMPANY
WASHINGTON INTERNATIONAL INSURANCE COMPANY

**GENERAL POWER OF ATTORNEY**

KNOW ALL MEN BY THESE PRESENTS, THAT North American Specialty Insurance Company, a corporation duly organized and existing under laws of the State of New Hampshire, and having its principal office in the City of Manchester, New Hampshire, and Washington International Insurance Company, a corporation organized and existing under the laws of the State of New Hampshire and having its principal office in the City of Schaumburg, Illinois, each does hereby make, constitute and appoint:

JOHN W. CHARLTON and D.W. MATSON, III

JOINTLY OR SEVERALLY

Its true and lawful Attorney(s)-in-Fact, to make, execute, seal and deliver, for and on its behalf and as its act and deed, bonds or other writings obligatory in the nature of a bond on behalf of each of said Companies, as surety, on contracts of suretyship as are or may be required or permitted by law, regulation, contract or otherwise, provided that no bond or undertaking or contract or suretyship executed under this authority shall exceed the amount of:

FIFTY MILLION ($50,000,000.00) DOLLARS

This Power of Attorney is granted and is signed by facsimile under and by the authority of the following Resolutions adopted by the Boards of Directors of both North American Specialty Insurance Company and Washington International Insurance Company at meetings duly called and held on the 9th of May, 2012:

"RESOLVED, that any two of the Presidents, any Managing Director, any Senior Vice President, any Vice President, any Assistant Vice President, the Secretary or any Assistant Secretary be, and each or any of them hereby is authorized to execute a Power of Attorney qualifying the attorney named in the given Power of Attorney to execute on behalf of the Company bonds, undertakings and all contracts of surety, and that each or any of them hereby is authorized to attest to the execution of any such Power of Attorney or to attach therein the seal of the Company; and it is

FURTHER RESOLVED, that the signature of such officers and the seal of the Company may be affixed to any such Power of Attorney or to any certificate relating thereto by facsimile, and any such Power of Attorney or certificate bearing such facsimile signatures or facsimile seal shall be binding upon the Company when so affixed and in the future with regard to any bond, undertaking or contract of surety to which it is attached."

By _____
Steven P. Anderson, Senior Vice President of Washington International Insurance Company
& Senior Vice President of North American Specialty Insurance Company

By _____
David M. Layman, Vice President of Washington International Insurance Company
& Vice President of North American Specialty Insurance Company

IN WITNESS WHEREOF, North American Specialty Insurance Company and Washington International Insurance Company have caused their official seals to be hereunto affixed, and these presents to be signed by their authorized officers this 26th day of _____ June _____, 20 12.

**North American Specialty Insurance Company**
**Washington International Insurance Company**

State of Illinois
County of Cook          ss:

On this 26th day of _____ June _____, 20 12, before me, a Notary Public personally appeared ___ Steven P. Anderson ___, Senior Vice President of Washington International Insurance Company and Senior Vice President of North American Specialty Insurance Company and David M. Layman, Vice President of Washington International Insurance Company and Vice President of North American Specialty Insurance Company, personally known to me, who being by me duly sworn, acknowledged that they signed the above Power of Attorney as officers of and acknowledged said instrument to be the voluntary act and deed of their respective companies.

"OFFICIAL SEAL"
DONNA D. SKLENS
Notary Public, State of Illinois
My Commission Expires 10/06/2015

Donna D. Sklens, Notary Public

I, Jeffrey Goldberg, the duly elected ___ Assistant Secretary ___ of North American Specialty Insurance Company and Washington International Insurance Company, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney given by said North American Specialty Insurance Company and Washington International Insurance Company, which is still in full force and effect.

IN WITNESS WHEREOF, I have set my hand and affixed the seals of the Companies this 6TH day of _____ JULY _____, 20 18.

Jeffrey Goldberg, Vice President & Assistant Secretary of
Washington International Insurance Company & North American Specialty Insurance Company