UNITED STATES BANKRUPCTY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI, FLORIDA

| | |
|---|---|
| In re: | CASE NO. 18-14506-BKC-LMI |
| MIAMI BEVERLY, LLC | Chapter 11 (Lead Case) |
| | Jointly Administered |
| 1336 NW 60, LLC | CASE NO. 18-14509-BKC-LMI |
| REVEREND, LLC | CASE NO. 18-14510-BKC-LMI |
| 13300 ALEXANDRIA DR HOLDINGS, LLC | CASE NO. 18-14511-BKC-LMI |
| THE HOLDINGS AT CITY, LLC | CASE NO. 18-14512-BKC-LMI |
| Debtors. | |
| _____/ | |

### NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL OF COUNSEL OF RECORD FOR ABRAHAM AND DENISE VAKNIN

The undersigned notice their appearance as counsel of record for Abraham and Denise Vaknin, holders of equity interest and parties in interest in these cases. The undersigned requests that all notices and pleadings given or required in these cases be served as follows:

Gary M. Murphree, Esq.
AM LAW LLC
7385 SW 87th Avenue, Ste. 100
Miami, FL 33173
TEL: 305-441-9530
Email: pleadings@amlaw-miami.com; gmm@amlaw-miami.com

**I CERTIFY** that a copy of the foregoing was served upon all Registered Users via the Court's Notice of Electronic Filing and that I am admitted to the Bar of the United States District Court for the Southern District of Florida and in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1, on September 6, 2018.

AM LAW
Counsel for the Abraham and Denise Vaknin
7385 SW 87th Avenue, Suite 100
Miami, FL 33173
PH: 305.441.9530
FX: 305.595.5086
***By:/s/ Gary M. Murphree***
Gary M. Murphree, Esq.
FBN 996475
Email: pleadings@amlaw-miami.com; gmm@amlaw-miami.com