UNITED STATES BANKRUPCTY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI, FLORIDA

| | |
|---|---|
| In re: | CASE NO. 18-14506-BKC-LMI |
| MIAMI BEVERLY, LLC | Chapter 11 (Lead Case) |
| | Jointly Administered |
| 1336 NW 60, LLC | CASE NO. 18-14509-BKC-LMI |
| REVEREND, LLC | CASE NO. 18-14510-BKC-LMI |
| 13300 ALEXANDRIA DR HOLDINGS, LLC | CASE NO. 18-14511-BKC-LMI |
| THE HOLDINGS AT CITY, LLC | CASE NO. 18-14512-BKC-LMI |
| Debtors. | |
| _____/ | |

**EQUITY'S NOTICE OF FUNDS AVAILABLE IN TRUST TO FUND CASH SHORTFALL ALLEGEDLY CAUSED BY RELEASE OF NON-DEBTOR ENTITY FROM COERCED ADVANCES**

The undersigned, counsel for Abraham and Denise Vaknin, holders of equity interests and parties in interest in these cases, through undersigned counsel, confirms receipt into his firm's trust account of $19,200.00 from equity to cover the cash shortfall allegedly caused by the release of the non-debtor property from its heretofore obligation to fund the Debtors' operations as managed by the Receiver.  Commencing October, upon receipt of the undersigned of written notice signed by the Receiver affirming she is unable to otherwise make ends meet, the undersigned is authorized to forthwith issue the Receiver a check from trust in the amount of $6,400 to cover the alleged shortfall.  The $19,200 should be enough to cover the alleged monthly shortfalls through December 2018.

**I CERTIFY** that a copy of the foregoing was served upon all Registered Users via the Court's Notice of Electronic Filing and that I am admitted to the Bar of the United States District Court for the Southern District of Florida and in compliance with the additional qualifications to

1

practice in this Court as set forth in Local Rule 2090-1, on September 25, 2018.

AM LAW
Counsel for the Abraham and Denise Vaknin
7385 SW 87th Avenue, Suite 100
Miami, FL 33173
PH: 305.441.9530
FX: 305.595.5086
***By:/s/ Gary M. Murphree***
Gary M. Murphree, Esq.
FBN 996475
Email: pleadings@amlaw-miami.com; gmm@amlaw-miami.com