

**ORDERED in the Southern District of Florida on October 2, 2018.**

_Laurel M. Isicoff_
**Laurel M. Isicoff
Chief United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPCTY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI, FLORIDA
www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | CASE NO. 18-14506-BKC-LMI |
| MIAMI BEVERLY, LLC | Chapter 11 (Lead Case) |
| | |
| | Jointly Administered |
| | |
| 1336 NW 60, LLC | CASE NO. 18-14509-BKC-LMI |
| REVEREND, LLC | CASE NO. 18-14510-BKC-LMI |
| 13300 ALEXANDRIA DR HOLDINGS, LLC | CASE NO. 18-14511-BKC-LMI |
| THE HOLDINGS AT CITY, LLC | CASE NO. 18-14512-BKC-LMI |
| | |
| Debtors. | |
| _____/ | |

### ORDER DENYING CREDITOR, CITY OF MIAMI'S, MOTION FOR SUBSTANTIVE CONSOLIDATION OF DEBTOR ENTITIES AND AFFILIATED NON-DEBTOR ENTITY [ECF #161]

THIS CAUSE having come before the Court on September 26, 2018, and the Court having reviewed the Motion and file and considered the Motion without an evidentiary hearing:

**ORDERS** that the Motion be Denied without prejudice.

###

Submitted by:


Barnaby Min, Esq.
Rachel S. Glorioso Dooley, Esq.
City of Miami, a Municipal Corporation
Creditor
444 SW 2 Avenue, Suite 945
Miami, Florida 33130
Telephone:  305-416-1800
Facsimile: 305-416-1801
Email:  bmin@miamigov.com
Email:  rsdooley@miamigov.com

**Copies furnished to:**
Rachel Dooley, Esq.
Attorney Dooley is directed to serve copies of this order on all interested parties and to file a certificate of service.