

**ORDERED in the Southern District of Florida on October 5, 2018.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 18-14506-BKC-LMI |
| MIAMI BEVERLY, LLC | Chapter 11 (Lead Case) |
| | Jointly Administered |
| 1336 NW 60, LLC | |
| REVEREND, LLC | Case No. 18-14509-BKC-LMI |
| 13300 ALEXANDRIA DR. HOLDINGS, LLC | Case No. 18-14510-BKC-LMI |
| THE HOLDINGS AT CITY, LLC | Case No. 18-14511-BKC-LMI |
| | Case No. 18-14512-BKC-LMI |
| Debtors. | |
| _____/ | |

**ORDER ON JOINT DEBTORS' AMENDED MOTION FOR ENTRY OF AN ORDER (A) AUTHORIZING THE SALE OF SUBSTANTIALLY ALL OF DEBTORS' ASSETS FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES; (B) APPROVING AUCTION SALE AND BIDDING PROCEDURES INCLUDING BREAK-UP FEE AND FORM PURCHASE AND SALE AGREEMENT; (C) APPROVING FORM AND MANNER OF NOTICE OF SALE; (D) SCHEDULING AN AUCTION SALE AND (E) SCHEDULING <u>HEARING TO APPROVE SALE [ECF # 154]</u>**

THIS Matter came on before the Court for hearing on September 26, 2018 at 3:30 p.m., upon the *Joint Debtors' Amended Motion For Entry Of An Order (A) Authorizing The Sale Of Substantially All Of Debtors' Assets Free And Clear Of Liens, Claims, And Encumbrances; (B) Approving Auction Sale And Bidding Procedures Including Break-Up Fee And Form Purchase And Sale Agreement; (C) Approving Form And Manner Of Notice Of Sale; (D) Scheduling An Auction Sale And (E) Scheduling Hearing To Approve Sale* (the "Motion") [ECF # 154]. The Court having reviewed the Motion and the file, having heard argument of counsel, and being otherwise advised in the matter --

**ORDERS** that:

1. The Motion is determined as **WITHDRAWN**.

2. The Debtors[1] or certain[2] of the Debtors shall have until **September 28, 2018** to file a motion to sell the Properties[3] by private sale (the "Private Sale").

3. A Private Sale must meet the following pre-conditions to be considered by the Court for approval:

    a. Escrow of Funds for Remediations - Given the required remediations of the real properties owned by the Debtors, any sale agreement must provide for an escrow of $200,000 in additional funds by a proposed buyer. The funds would be in addition to a commitment by the buyers to complete the required remediations and repairs of the Properties;

    b. Debtors' Equity Contribution for Existing Repairs – Debtors' equity owners must commit at least $50,000 in funds to be held in trust by their counsel,

---

[1] Capitalized term not defined herein shall have the same ascribed meaning as in the Motion.

[2] Not all Debtors must file the Motion to Sell. The Court has been advised that two of the Debtors may be filing other pleadings in lieu of the sale at a later date.

[3] See FN # 2.

       to fund existing repairs, and provide a definitive timetable for such repairs to be made.[4]

    c. Sale Price Must Exceed Claims - The sale price must exceed the aggregate of total file claims (whether or not allowed), the total administrative claims and transactional costs associated with sale agreement; and

    d. Specifics in Contract - The sale contract must include specific terms with respect to assignment of leases, responsibilities of prospective buyer with respect to the Properties, and otherwise address transfer of Properties from Debtors to Prospective buyers.

4. Subject to paragraph 2 of this Order, the Court shall hold a hearing on approval of the Private Sale on **October 4, 2018 at 9:30 a.m.** at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128.

5. In the event the Debtors fail to file a Private Sale by the required deadline, or the Private Sale is not approved at the hearing, the Court will consider appointing a Chapter 11 Trustee.

6. The Court requires the attendance at foregoing hearing of Mr. Abraham Vaknin in person, and Mrs. Denise Vaknin, by telephone.

7. Subject to other requirements of this Order, the Debtors shall have exclusivity to file Plans of Reorganization (the "Plans") for each of the Debtors, up to and through October 4, 2018, and exclusivity to solicit votes for the Plans, up to and through November 25, 2018. This shall Order supersede the Court's previous orders on exclusivity [ECF # 125].

###

---

[4] The court will enter a subsequent order as to administration of these funds.

Submitted by:

Ido J. Alexander, Esq.
Leiderman Shelomith Alexander +
Somodevilla, PLLC
2699 Stirling Rd # C401
Ft. Lauderdale, FL 33312
Telephone (954) 920-5355
ija@lsaslaw.com

Copies furnished to:

Ido J. Alexander, Esq.

[Attorney Alexander is directed to serve copies of this order on all interested parties and to file a certificate of service]