UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

MIAMI BEVERLY, LLC  　　　　　　　　　　CASE NO. 18-14506-BKC-LMI
　　　　　　　　　　　　　　　　　　　　Chapter 11 (Lead Case)

　　　　　　　　　　　　　　　　　　　　Jointly Administered
1336 NW 60, LLC　　　　　　　　　　　　CASE NO. 18-14509-BKC-LMI
REVEREND, LLC　　　　　　　　　　　　　CASE NO. 18-14510-BKC-LMI
13300 ALEXANDRA DR. HOLDINGS, LLC　　　CASE NO. 18-14511-BKC-LMI
THE HOLDINGS AT CITY, LLC　　　　　　　CASE NO. 18-14512-BKC-LMI

　　　　　Debtors.
_____/

**AGREED EX PARTE MOTION FOR EXTENSION OF TIME FOR
CREDITORS TO FILE RESPONSE TO EQUITY HOLDERS' OBJECTION
TO CLAIMS FILED BY TENANTS AND FORMER TENANTS (ECF NO. 169)**

　　　　Creditors, GAYNISHA WILLIAMS, NATHANAEL MARS, LAKEISHA CHATFIELD, TAMARA CHATFIELD (a minor), and SHANNON DANIELS (collectively "Creditors"), by and through undersigned counsel, files this Agreed *Ex Parte* Motion for Extension of Time to File Response to Equity Holders' Objection to Claims Filed by Tenants and Former Tenants (ECF No. 169), and in support thereof states as follows:

　　　　1.　　On September 26, 2018 Equity Holders filed their Objection to Claims Filed by Tenants and Former Tenants (the "Objection") (ECF No. 169), objecting to the claims of the following creditors: Gaynisha Williams (Proof of Claim No. 3), Nathanael Mars (Proof of Claim No. 4), Lakeisha Chatfield (Proof of Claim No. 5), Shannon Daniels (Proof of Claim No. 6), and Lakeisha Chatfield on behalf of her daughter TC (Proof of Claim No. 7).

　　　　2.　　The deadline for the Creditors to file a response to the Objection is October 26, 2018.

46802285;1

3. Creditors seek a two week extension of time to file their response to the Objection through and including, November 9, 2018.

4. This is Creditors first request for an extension of time to file a response, and this motion is filed in good faith and not for dilatory purposes.

5. Creditors have conferred with Equity Holders' counsel and Equity Holders has no objection and agrees to the extension sought herein. An agreed order is being uploaded together with the filing of this motion in the form attached hereto.

WHEREFORE, Creditors respectfully request that the Court enter an Order granting the Creditors a two week extension, through and including, November 9, 2018, in which to file a response to the Objection, and for such further relief as this Court may deem just and proper.

Dated: October 26, 2018

    Respectfully submitted,

**AKERMAN LLP**
Three Brickell City Centre
98 Southeast Seventh Street
Suite 1100
Miami, FL 33131
Telephone: (305) 374-5600
Facsimile: (305) 374-5095

By: /s/ *Joanne Gelfand*
    Joanne Gelfand, Esq.
    Florida Bar No.: 515965
    Email: joanne.gelfand@akerman.com
    Luis R. Casas, Esq.
    Florida Bar No.: 0094222
    Email: luis.casasmeyer@akerman.com

*Co-Counsel for Gaynisha Williams, Nathanael Mars, Lakeisha Chatfield, Tamara Chatfield (a minor), and Shannon Daniels*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 26, 2018 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing is being served this day via transmission of Notice of Electronic Filing generated by CM/ECF on those parties registered to receive electronic notices of filing in this case as indicated on the attached Service List.

By: /s/ *Joanne Gelfand*
Joanne Gelfand

## SERVICE LIST

**18-14506-LMI Notice via CM/ECF to the following:**

Ido J Alexander, Esq. on behalf of Debtor 13300 Alexandria Dr. Holdings, LLC
ija@lsaslaw.com, info@lsaslaw.com, aslawpllc@ecf.inforuptcy.com, jb@lsaslaw.com, zbs@lsaslaw.com

Ido J Alexander, Esq. on behalf of Debtor 1336 NW 60 LLC
ija@lsaslaw.com, info@lsaslaw.com, aslawpllc@ecf.inforuptcy.com, jb@lsaslaw.com, zbs@lsaslaw.com

Ido J Alexander, Esq. on behalf of Debtor Miami Beverly, LLC
ija@lsaslaw.com, info@lsaslaw.com, aslawpllc@ecf.inforuptcy.com, jb@lsaslaw.com, zbs@lsaslaw.com

Ido J Alexander, Esq. on behalf of Debtor Reverend, LLC
ija@lsaslaw.com, info@lsaslaw.com, aslawpllc@ecf.inforuptcy.com, jb@lsaslaw.com, zbs@lsaslaw.com

Ido J Alexander, Esq. on behalf of Debtor The Holdings at City, LLC
ija@lsaslaw.com, info@lsaslaw.com, aslawpllc@ecf.inforuptcy.com, jb@lsaslaw.com, zbs@lsaslaw.com

Luis R Casas, Esq, on behalf of Creditor Gaynisha Williams
luis.casasmeyer@akerman.com, janet.salinas@akerman.com

Luis R Casas, Esq. on behalf of Creditor Lakeisha Chatfield
luis.casasmeyer@akerman.com, janet.salinas@akerman.com

Luis R Casas, Esq. on behalf of Creditor Nathanael Mars
luis.casasmeyer@akerman.com, janet.salinas@akerman.com

Luis R Casas, Esq. on behalf of Creditor Shannon Daniels
luis.casasmeyer@akerman.com, janet.salinas@akerman.com

Luis R Casas, Esq. on behalf of Creditor Tamara Chatfield
luis.casasmeyer@akerman.com, janet.salinas@akerman.com

Joanne Gelfand, Esq. on behalf of Creditor Gaynisha Williams
joanne.gelfand@akerman.com, janet.salinas@akerman.com

Joanne Gelfand, Esq. on behalf of Creditor Lakeisha Chatfield
joanne.gelfand@akerman.com, janet.salinas@akerman.com

Joanne Gelfand, Esq. on behalf of Creditor Nathanael Mars
joanne.gelfand@akerman.com, janet.salinas@akerman.com

Joanne Gelfand, Esq. on behalf of Creditor Shannon Daniels
joanne.gelfand@akerman.com, janet.salinas@akerman.com

Joanne Gelfand, Esq. on behalf of Creditor Tamara Chatfield
joanne.gelfand@akerman.com, janet.salinas@akerman.com

Michael S Hoffman, Esq. on behalf of Creditor Miami Development & Holdings, LLC
Mshoffman@hlalaw.com, hlaecf@gmail.com, kszolis@hlalaw.com, agarcia@hlalaw.com, mshoffman@ecf.courtdrive.com

Thomas M Messana, Esq. on behalf of Interested Party Linda Leali
tmessana@messana-law.com, emair@messana-law.com, thurley@messana-law.com, tmessana@bellsouth.net, nbarrus@messana-law.com, mwslawfirm@gmail.com, cbroussard@messana-law.com, amanzano@messana-law.com

Barnaby L Min, Esq. on behalf of Creditor City of Miami
bmin@miamigov.com, kjones@miamigov.com

Gary M Murphree, Esq. on behalf of Interested Party Abraham Vaknin
gmm@amlaw-miami.com, babreu@amlaw-miami.com, mramirez@amlaw-miami.com, amlaw.bestcase@gmail.com, abreubr75008@notify.bestcase.com

Gary M Murphree, Esq. on behalf of Interested Party Denise Vaknin
gmm@amlaw-miami.com, babreu@amlaw-miami.com, mramirez@amlaw-miami.com, amlaw.bestcase@gmail.com, abreubr75008@notify.bestcase.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Felipe Plechac-Diaz, Esq. on behalf of Debtor Miami Beverly, LLC
fpd@lsaslaw.com, fplechacdiaz@ecf.inforuptcy.com, zbs@lsaslaw.com, info@lsaslaw.com, jb@lsaslaw.com, kc@lsaslaw.com

Steven D Schneiderman, Esq. on behalf of U.S. Trustee Office of the US Trustee
Steven.D.Schneiderman@usdoj.gov

Rebecca P Schram, Esq. on behalf of Creditor Gaynisha Williams
rschram@lsgmi.org, pberrios@legalservicesmiami.org, pleadings@legalservicesmiami.org

Rebecca P Schram, Esq. on behalf of Creditor Lakeisha Chatfield
rschram@lsgmi.org, pberrios@legalservicesmiami.org, pleadings@legalservicesmiami.org

46802285;1                                    5

Rebecca P Schram, Esq. on behalf of Creditor Nathanael Mars
rschram@lsgmi.org, pberrios@legalservicesmiami.org, pleadings@legalservicesmiami.org

Rebecca P Schram, Esq. on behalf of Creditor Shannon Daniels
rschram@lsgmi.org, pberrios@legalservicesmiami.org, pleadings@legalservicesmiami.org

Rebecca P Schram, Esq. on behalf of Creditor Tamara Chatfield
rschram@lsgmi.org, pberrios@legalservicesmiami.org, pleadings@legalservicesmiami.org

Zach B Shelomith, Esq. on behalf of Debtor Miami Beverly, LLC
zbs@lsaslaw.com, fpd@lsaslaw.com, jb@lsaslaw.com, info@lsaslaw.com, zshelomith@ecf.inforuptcy.com

# [PROPOSED ORDER]

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

| | |
|---|---|
| MIAMI BEVERLY, LLC | CASE NO. 18-14506-BKC-LMI |
| | Chapter 11 (Lead Case) |
| | |
| | Jointly Administered |
| 1336 NW 60, LLC | CASE NO. 18-14509-BKC-LMI |
| REVEREND, LLC | CASE NO. 18-14510-BKC-LMI |
| 13300 ALEXANDRA DR. HOLDINGS, LLC | CASE NO. 18-14511-BKC-LMI |
| THE HOLDINGS AT CITY, LLC | CASE NO. 18-14512-BKC-LMI |

Debtors.
_____/

### ORDER GRANTING AGREED EX PARTE MOTION FOR EXTENSION OF TIME FOR CREDITORS TO FILE RESPONSE TO EQUITY HOLDERS' OBJECTION TO CLAIMS FILED BY TENANTS AND FORMER TENANTS (ECF NO. 169)

THIS CAUSE came before the Court upon the Agreed *Ex* Parte Motion for Extension of Time for Creditors to File Response to Equity Holders' Objection to Claims Filed by Tenants and

46803671;1

Former Tenants (ECF No. 169) [ECF No. \_\_\_\_] (the "Motion"). The Court, having reviewed the Motion and record in this case, having noted that the parties are in agreement with the entry of this order, finding sufficient cause to grant the relief requested, and being otherwise fully advised in the premises, it is hereby

ORDERED as follows:

1. The Agreed *Ex* Parte Motion for Extension of Time for Creditors to File a Response to Equity Holders' Objection to Claims Filed by Tenants and Former Tenants (ECF No. 169) [ECF No. \_\_\_\_] is GRANTED.

2. Creditors, Gaynisha Williams, Nathanael Mars, Lakeisha Chafield, Tamara Chatfield (a minor), and Shannon Daniels (collectively "Creditors"), shall have a two week extension through and including, November 9, 2018, to file a response to Equity Holders' Objection to Claims Filed by Tenants and Former Tenants (ECF No. 169).

### #

Submitted by:
Joanne Gelfand, Esq.
Florida Bar No. 515965
*Co-Counsel for Gaynisha Williams, Nathanael Mars, Lakeisha Chatfield,*
*Tamara Chatfield (a minor), and Shannon Daniels*
AKERMAN LLP
98 Southeast Seventh Street, 11th Floor
Miami, Florida 33131
Telephone: (305) 374-5600
Facsimile: (305) 374-5095
Email: joanne.gelfand@akerman.com

*(Attorney Gelfand is directed to serve a conformed copy of this order immediately upon receipt to all parties of interest.)*

46803671;1