

**ORDERED in the Southern District of Florida on October 28, 2018.**

_____
**Laurel M. Isicoff
Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

| | |
|---|---|
| MIAMI BEVERLY, LLC | CASE NO. 18-14506-BKC-LMI |
| | Chapter 11 (Lead Case) |
| | |
| | Jointly Administered |
| 1336 NW 60, LLC | CASE NO. 18-14509-BKC-LMI |
| REVEREND, LLC | CASE NO. 18-14510-BKC-LMI |
| 13300 ALEXANDRA DR. HOLDINGS, LLC | CASE NO. 18-14511-BKC-LMI |
| THE HOLDINGS AT CITY, LLC | CASE NO. 18-14512-BKC-LMI |

Debtors.
_____/

**ORDER GRANTING AGREED EX PARTE MOTION FOR EXTENSION OF
TIME FOR CREDITORS TO FILE RESPONSE TO EQUITY HOLDERS' OBJECTION
TO CLAIMS FILED BY TENANTS AND FORMER TENANTS (ECF NO. 169)**

THIS CAUSE came before the Court upon the Agreed *Ex* Parte Motion for Extension of

Time for Creditors to File Response to Equity Holders' Objection to Claims Filed by Tenants and

46803671;1

Former Tenants (ECF No. 169) [ECF No. 224] (the "Motion"). The Court, having reviewed the Motion and record in this case, having noted that the parties are in agreement with the entry of this order, finding sufficient cause to grant the relief requested, and being otherwise fully advised in the premises, it is hereby

ORDERED as follows:

1. The Agreed *Ex* Parte Motion for Extension of Time for Creditors to File a Response to Equity Holders' Objection to Claims Filed by Tenants and Former Tenants (ECF No. 169) [ECF No. 224] is GRANTED.

2. Creditors, Gaynisha Williams, Nathanael Mars, Lakeisha Chafield, Tamara Chatfield (a minor), and Shannon Daniels (collectively "Creditors"), shall have a two week extension through and including, November 9, 2018, to file a response to Equity Holders' Objection to Claims Filed by Tenants and Former Tenants (ECF No. 169).

# # #

Submitted by:
Joanne Gelfand, Esq.
Florida Bar No. 515965
*Co-Counsel for Gaynisha Williams, Nathanael Mars, Lakeisha Chatfield,*
*Tamara Chatfield (a minor), and Shannon Daniels*
AKERMAN LLP
98 Southeast Seventh Street, 11th Floor
Miami, Florida 33131
Telephone: (305) 374-5600
Facsimile: (305) 374-5095
Email: joanne.gelfand@akerman.com

(Attorney Gelfand is directed to serve a conformed copy of this order immediately upon receipt to all parties of interest.)