UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

MIAMI BEVERLY, LLC                       CASE NO. 18-14506-BKC-LMI
                                                                  Chapter 11 (Lead Case)

                                                                  Jointly Administered
1336 NW 60, LLC                             CASE NO. 18-14509-BKC-LMI
REVEREND, LLC                              CASE NO. 18-14510-BKC-LMI
13300 ALEXANDRA DR. HOLDINGS, LLC     CASE NO. 18-14511-BKC-LMI
THE HOLDINGS AT CITY, LLC               CASE NO. 18-14512-BKC-LMI

         Debtors.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the *Order Granting Agreed Ex Parte Motion for Extension of Time to File Response to Equity Holders' Objection to Claims Filed by Tenants and Former Tenants (ECF No. 169)* [ECF No. 225) was served on October 29, 2018 via CM/ECF electronic notice on those parties registered to receive electronic notices of filing in this case as indicated on the attached Service List

     Dated:  October 29, 2018         Respectfully submitted,

                                        **AKERMAN LLP**
                                        Three Brickell City Centre
                                        98 Southeast Seventh Street, Suite 1100
                                        Miami, FL  33131
                                        Telephone:  (305) 374-5600
                                        Facsimile:   (305) 374-5095

                                        By:  */s/ Joanne Gelfand*
                                            Joanne Gelfand, Esq.
                                            Florida Bar No.: 515965
                                            Email:  joanne.gelfand@akerman.com
                                            Luis R. Casas, Esq.
                                            Florida Bar No.: 0094222
                                            Email:  luis.casasmeyer@akerman.com
                                       *Co-Counsel for Gaynisha Williams, Nathanael Mars, Lakeisha Chatfield, Tamara Chatfield (a minor), and Shannon Daniels*

46817979;1

## SERVICE LIST

**18-14506-LMI Notice via CM/ECF to the following:**

Ido J Alexander, Esq. on behalf of Debtor 13300 Alexandria Dr. Holdings, LLC
ija@lsaslaw.com, info@lsaslaw.com, aslawpllc@ecf.inforuptcy.com, jb@lsaslaw.com, zbs@lsaslaw.com

Ido J Alexander, Esq. on behalf of Debtor 1336 NW 60 LLC
ija@lsaslaw.com, info@lsaslaw.com, aslawpllc@ecf.inforuptcy.com, jb@lsaslaw.com, zbs@lsaslaw.com

Ido J Alexander, Esq. on behalf of Debtor Miami Beverly, LLC
ija@lsaslaw.com, info@lsaslaw.com, aslawpllc@ecf.inforuptcy.com, jb@lsaslaw.com, zbs@lsaslaw.com

Ido J Alexander, Esq. on behalf of Debtor Reverend, LLC
ija@lsaslaw.com, info@lsaslaw.com, aslawpllc@ecf.inforuptcy.com, jb@lsaslaw.com, zbs@lsaslaw.com

Ido J Alexander, Esq. on behalf of Debtor The Holdings at City, LLC
ija@lsaslaw.com, info@lsaslaw.com, aslawpllc@ecf.inforuptcy.com, jb@lsaslaw.com, zbs@lsaslaw.com

Luis R Casas, Esq, on behalf of Creditor Gaynisha Williams
luis.casasmeyer@akerman.com, janet.salinas@akerman.com

Luis R Casas, Esq. on behalf of Creditor Lakeisha Chatfield
luis.casasmeyer@akerman.com, janet.salinas@akerman.com

Luis R Casas, Esq. on behalf of Creditor Nathanael Mars
luis.casasmeyer@akerman.com, janet.salinas@akerman.com

Luis R Casas, Esq. on behalf of Creditor Shannon Daniels
luis.casasmeyer@akerman.com, janet.salinas@akerman.com

Luis R Casas, Esq. on behalf of Creditor Tamara Chatfield
luis.casasmeyer@akerman.com, janet.salinas@akerman.com

Joanne Gelfand, Esq. on behalf of Creditor Gaynisha Williams
joanne.gelfand@akerman.com, janet.salinas@akerman.com

Joanne Gelfand, Esq. on behalf of Creditor Lakeisha Chatfield
joanne.gelfand@akerman.com, janet.salinas@akerman.com

Joanne Gelfand, Esq. on behalf of Creditor Nathanael Mars
joanne.gelfand@akerman.com, janet.salinas@akerman.com

Joanne Gelfand, Esq. on behalf of Creditor Shannon Daniels
joanne.gelfand@akerman.com, janet.salinas@akerman.com

Joanne Gelfand, Esq. on behalf of Creditor Tamara Chatfield
joanne.gelfand@akerman.com, janet.salinas@akerman.com

Michael S Hoffman, Esq. on behalf of Creditor Miami Development & Holdings, LLC
Mshoffman@hlalaw.com, hlaecf@gmail.com, kszolis@hlalaw.com, agarcia@hlalaw.com, mshoffman@ecf.courtdrive.com

Thomas M Messana, Esq. on behalf of Interested Party Linda Leali
tmessana@messana-law.com, emair@messana-law.com, thurley@messana-law.com, tmessana@bellsouth.net, nbarrus@messana-law.com, mwslawfirm@gmail.com, cbroussard@messana-law.com, amanzano@messana-law.com

Barnaby L Min, Esq. on behalf of Creditor City of Miami
bmin@miamigov.com, kjones@miamigov.com

Gary M Murphree, Esq. on behalf of Interested Party Abraham Vaknin
gmm@amlaw-miami.com, babreu@amlaw-miami.com, mramirez@amlaw-miami.com, amlaw.bestcase@gmail.com, abreubr75008@notify.bestcase.com

Gary M Murphree, Esq. on behalf of Interested Party Denise Vaknin
gmm@amlaw-miami.com, babreu@amlaw-miami.com, mramirez@amlaw-miami.com, amlaw.bestcase@gmail.com, abreubr75008@notify.bestcase.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Felipe Plechac-Diaz, Esq. on behalf of Debtor Miami Beverly, LLC
fpd@lsaslaw.com, fplechacdiaz@ecf.inforuptcy.com, zbs@lsaslaw.com, info@lsaslaw.com, jb@lsaslaw.com, kc@lsaslaw.com

Steven D Schneiderman, Esq. on behalf of U.S. Trustee Office of the US Trustee
Steven.D.Schneiderman@usdoj.gov

Rebecca P Schram, Esq. on behalf of Creditor Gaynisha Williams
rschram@lsgmi.org, pberrios@legalservicesmiami.org, pleadings@legalservicesmiami.org

Rebecca P Schram, Esq. on behalf of Creditor Lakeisha Chatfield
rschram@lsgmi.org, pberrios@legalservicesmiami.org, pleadings@legalservicesmiami.org

Rebecca P Schram, Esq. on behalf of Creditor Nathanael Mars
rschram@lsgmi.org, pberrios@legalservicesmiami.org, pleadings@legalservicesmiami.org

Rebecca P Schram, Esq. on behalf of Creditor Shannon Daniels
rschram@lsgmi.org, pberrios@legalservicesmiami.org, pleadings@legalservicesmiami.org

Rebecca P Schram, Esq. on behalf of Creditor Tamara Chatfield
rschram@lsgmi.org, pberrios@legalservicesmiami.org, pleadings@legalservicesmiami.org

Zach B Shelomith, Esq. on behalf of Debtor Miami Beverly, LLC
zbs@lsaslaw.com, fpd@lsaslaw.com, jb@lsaslaw.com, info@lsaslaw.com, zshelomith@ecf.inforuptcy.com