

**ORDERED in the Southern District of Florida on April 9, 2019.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 18-14506-BKC-LMI |
| MIAMI BEVERLY, LLC | Chapter 11 (Lead Case) |
| | Jointly Administered |
| 1336 NW 60, LLC | Case No. 18-14509-BKC-LMI |
| REVEREND, LLC | Case No. 18-14510-BKC-LMI |
| 13300 ALEXANDRIA DR. HOLDINGS, LLC | Case No. 18-14511-BKC-LMI |
| THE HOLDINGS AT CITY, LLC | Case No. 18-14512-BKC-LMI |

     Debtors.
_____/

**ORDER GRANTING EMERGENCY MOTION TO APPROVE SETTLEMENT AGREEMENT BETWEEN THE DEBTOR-IN-POSSESSION, MIAMI BEVERLY, LLC, LIBERTY APARTMENTS, LLC, FREEDOM APARTMENTS, LLC, ABRAHAM AND DENISE VAKNIN, AND CLAIMANTS, GAYNISHA WILLIAMS, NATHANAEL MARS, SHANNON DANIELS, LAKEISHA CHATFIELD, AND LAKEISHA CHATFIELD ON BEHALF OF HER <u>MINOR DAUGHTER T.C.</u>**

THIS MATTER came before the Court on April 5, 2019 at 9:30 AM[1] upon Debtor, Miami Beverly, LLC's (the "Debtor") *Emergency Motion To Approve Settlement Agreement Between The Debtor-In-Possession, Miami Beverly, LLC, Liberty Apartments, LLC, Freedom Apartments, LLC, Abraham And Denise Vaknin, And Claimants, Gaynisha Williams, Nathanael Mars, Shannon Daniels, Lakeisha Chatfield, And Lakeisha Chatfield On Behalf Of Her Minor Daughter T.C.* (the "Motion") [ECF # 372], and the Court having reviewed the Motion and the file, and being otherwise fully advised in the matter, and for the reasons stated on the record and incorporated herein,

**ORDERS** as follows:

1. The Motion is **GRANTED.**

2. Each and every term of the Settlement Agreement[2] is approved and the Debtor is authorized and directed to take all actions contemplated by the Settlement.

3. Liberty 1031, LLC is **AUTHORIZED** and **DIRECTED** to disburse $565,000.00, to Legal Services of Greater Miami, Inc., pursuant to the terms of the Settlement.

4. The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

**# # #**

---

[1] The Motion was heard immediately prior to the hearing on Confirmation of the Corrected Second Amended Plan of Reorganization [ECF # 329].

[2] Unless otherwise indicated, all terms shall have the same meaning as set forth in the Motion.

**Submitted by:**

Ido J. Alexander, Esq.
Leiderman Shelomith Alexander
+ Somodevilla, PLLC
2699 Stirling Rd # C401
Ft. Lauderdale, FL 33312
Telephone (954) 920-5355
Facsimile (954) 920-5371
ija@lsaslaw.com

**Copies furnished to:**

Ido J. Alexander, Esq.

Attorney Alexander is directed to serve copies of this order on all interested parties and to file a certificate of service.